# Third District Court of Appeal

## State of Florida

Opinion filed June 5, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-79
Lower Tribunal No. F96-5695A
_____

**Shiann Moore a/k/a Ira Morris,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle A. Delancy, Judge.

Shiann Moore a/k/a Ira Morris, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.